United States Courts
Southern District of Texas
FILED
December 05, 2016
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. **H 16-1736M** |
| AARON MITCHELL MEKWUNYE | § § § | |

## INFORMATION

THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS CHARGES THAT:

### COUNT ONE

From on or about December 1, 2015 to on or about April 5, 2016, within the Houston Division of the Southern District of Texas, the defendant, AARON MITCHELL MEKWUNYE, did knowingly and willfully obstruct the passage of mail.

In violation of Title 18, United States, Code, Section 1701.


KENNETH MAGIDSON
United States Attorney
Southern District of Texas

By:  _[signature]_
Carrie Wirsing
Assistant United States Attorney